# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40684** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Juan E. PARRA PERALTA** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 20 January 2026, Appellant submitted a Motion to Withdraw from Appellate Review and Motion to Attach, specifically, a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 16 January 2026 and Appellant's counsel on 17 January 2026. The Government did not submit any opposition.

Accordingly, it is by the court on this 26th day of January, 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach, dated 20 January 2026, is **GRANTED**.

Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

JACOB B. HOEFERKAMP, Capt, USAF
Chief Commissioner